| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Leopold & Associates, PLLC<br>80 Business Park Drive, Suite 110<br>Armonk, NY 10504<br>Tel: (914) 219-5787<br>Attorneys for Secured Creditor | |
| In Re:<br><br>Russell Steenweg,<br>                              Debtor. | Case No.: 20-18351-MBK<br>Chapter: 13<br>Hearing Date: September 8, 2021 at 9:00 a.m.<br>Judge: Michael B. Kaplan |

# ORDER REGARDING MOTION OF TRINITY FINANCIAL SERVICES LLC TO VACATE CONFIRMATION

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**(Page 2)**
Debtor:  Russell Steenweg Jr.
Case No: 20-18351-MBK
Caption of Order:  ORDER REGARDING MOTION TO VACATE CONFIRMATION

---

Upon the motion of **Trinity Financial Services, LLC**, or its successors or assignees, under Bankruptcy Code section as hereinafter set forth, and for cause shown, it is

ORDERED that the Order Confirming Debtor's Plan entered on January 14, 2021 is not VACATED.

ORDERED that with regards to Trinity Financial Services, LLC, its lien has not been stripped off and instead will survive the instant bankruptcy.

OREDERD, that Trinity Financial Services LLC is to submit a proof of claim within thirty (30) days of the entry of this order.

ORDERED that the Debtor is to submit a modified plan.

The Movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.