| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Leopold & Associates, PLLC<br>80 Business Park Drive, Suite 110<br>Armonk, NY 10504<br>Tel: (914) 219-5787<br>Attorneys for Secured Creditor | |
| In Re:<br><br>Russell Steenweg,<br>       Debtor. | Case No.: 20-18351-MBK<br>Chapter: 13<br>Hearing Date: September 8, 2021 at 9:00 a.m.<br>Judge: Michael B. Kaplan |

## ORDER REGARDING MOTION OF TRINITY FINANCIAL SERVICES LLC TO VACATE CONFIRMATION

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

*/s/ Michael B. Kaplan*
MICHAEL B. KAPLAN
USBJ

9/30/21

**(Page 2)**
Debtor: Russell Steenweg Jr.
Case No: 20-18351-MBK
Caption of Order: ORDER REGARDING MOTION TO VACATE CONFIRMATION

Upon the motion of **Trinity Financial Services, LLC**, or its successors or assignees, under Bankruptcy Code section as hereinafter set forth, and for cause shown, it is

ORDERED that the Order Confirming Debtor's Plan entered on ~~January 14, 2021~~ is not VACATED. [handwritten: both the lien and claim (MBK)]

ORDERED that, with regards to Trinity Financial Services, LLC, its lien has not been stripped off and instead will survive the instant bankruptcy.

~~OREDERD, that Trinity Financial Services LLC is to submit a proof of claim within thirty (30) days of the entry of this order.~~ [handwritten: MBK]

ORDERED that the Debtor ~~is to~~ [handwritten: may] submit a ~~modified~~ plan. [handwritten: MBK]

The Movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.