| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Leopold & Associates, PLLC<br>80 Business Park Drive, Suite 110<br>Armonk, NY 10504<br>Tel: (914) 219-5787<br>Attorneys for Secured Creditor | |
| In Re:<br><br>Russell Steenweg,<br>　　　　　　　　　　Debtor. | Case No.: 20-18351-MBK<br>Chapter: 13<br>Hearing Date: September 8, 2021 at 9:00 a.m.<br>Judge: Michael B. Kaplan |

### ORDER REGARDING MOTION OF TRINITY FINANCIAL SERVICES LLC TO VACATE CONFIRMATION

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

*/s/ Michael B. Kaplan*
MICHAEL B. KAPLAN
USBJ

9/30/21

**(Page 2)**
Debtor:  Russell Steenweg Jr.
Case No: 20-18351-MBK
Caption of Order:  ORDER REGARDING MOTION TO VACATE CONFIRMATION

___

Upon the motion of **Trinity Financial Services, LLC**, or its successors or assignees, under Bankruptcy Code section as hereinafter set forth, and for cause shown, it is

ORDERED that the Order Confirming Debtor's Plan entered on ~~January 14,~~ 2021 is not VACATED.

ORDERED that, with regards to Trinity Financial Services, LLC, its lien [both the lien and claim *(MBK)*] has not been stripped off and instead will survive the instant bankruptcy.

~~OREDERD, that Trinity Financial Services LLC is to submit a proof of claim within thirty (30) days of the entry of this order.~~ *(MBK)*

ORDERED that the Debtor ~~is to~~ may *(MBK)* submit a modified plan.

The Movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Russell Steenweg, Sr.  
    Debtor

Case No. 20-18351-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 30, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Russell Steenweg, Sr., 482B Winfield Court, Manchester Township, NJ 08759-7164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Legacy Mortgage Asset Trust 2019-RPL3 bkecf@milsteadlaw.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Legacy Mortgage Asset Trust 2019-RPL3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| David L. Stevens | on behalf of Debtor Russell Steenweg Sr. dstevens@scura.com, ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 30, 2021 | Form ID: pdf903 | Total Noticed: 1

Jamal J Romero
    on behalf of Debtor Russell Steenweg Sr. jromero@scura.com,
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.

Matthew Siti
    on behalf of Creditor TRINITY FINANCIAL SERVICES LLC msiti@leopoldassociates.com
    LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8