| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Matthew Siti, Esq.<br>Leopold & Associates, PLLC<br>80 Business Park Drive, Suite 110<br>Armonk, NY 10504<br>Tel:(914)219-5787<br>Attorneys for Secured Creditor | Case No.: 20-18351-MBK<br><br>Chapter: 13 |
| In Re:<br><br>Russell Steenweg, Sr., | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: February 13, 2022<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Joseph Milanese:

    ☐ represent Click or tap here to enter text. in this matter.

    ☒ am the secretary/paralegal for Matthew M. Siti, Esq., who represents Trinity Financial Services, LLC in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On March 30, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection to Confirmation of the Debtor's Chapter 13 Plan with supporting exhibits, Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   March 30, 2022                                       Joseph Milanese_____
                                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Russell Steenweg, Sr.<br>482B Winfield Court<br>Manchester Township, NJ 08759 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jamal J. Romero<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*